# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA



RECEIVED

MAR 04 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| | |
|---|---|
| Tommie Gene Patterson (Surviving Spouse)<br>Plaintiff Debtor.<br>In the Matter of the<br>Estate of Marion Patterson<br>Decedent<br>vs.<br>James ("Jimmie") Mitchell,<br>Robin Park, Shirley Bulard, Zaruba Wolfe, Lloyd Mitchell,<br>Erin Welden, William Artus, Nacole Jipping Henry Mitchell,<br>John J. Tiemessen,<br>Defendants | ) Case No.3AN-18-00887-PR<br>)9th CIR. Case No.24-7644<br>)Case No.23-00004-TB  Chapter 7<br>)Case No.3:24-cv-00096-SLG<br>)Case No. No.3:24-cv-00098-SLG<br>)<br>) **CHIEF JUDGE**<br>)<br>) 3:26 cv-00105- SLG<br>) |

## COMPLAINT OF MALFEASANCE IN OFFICE
## AND NONFEASANCE IN OFFICE
## UNDER 28 USC Ch. 16: IMPEACHMENT

Tommie Patterson as pro se litigate, is asking discord to dismiss William D. Artus motion for approval of settlement in state court probate case as moot and frivolous. Pursuant to the Fifth Amendment and 14th Amendment of the United States Constitution, to due process rights. Mr. Patterson is filing this

Complaint for Malfeasance in office, because 1. physical and Metal incompetence. To serve as a judge 2. Conflict of interest. 3. Corruption, 4. Exceeding constitutional authority, 5. severe misconduct against black children, and Black adults, 6. abuse of power, 7. violation of civil Rights  8. nonfeasance in office failure to act when a duty to act existed. 9. Fraud. 10. Perjury. 11. Metal incompetence. 12. Making races homophobic statements about black children. And people. 13. Lying.
William D. Artus is a line Fraudulent thief

In Section 727(b) of the House amendment adopts a similar provision contained in the Senate amendment modifying the effect of discharge. The provision makes clear that the debtor is discharged from all debts that arose before the date of the order for relief under chapter 7 in addition to any debt which is determined under section 502 as if it were a prepetition claim. Thus, a bankruptcy case is closed after the debtor is discharged; it signifies the completion of the bankruptcy process and the end of the court&#39;s involvement. This means the court no longer has jurisdiction over the case, and the debtor is free
from the legal obligations related to the discharged debts. The bankruptcy discharge eliminates the debtor &#39;s legal obligation to pay the debts that were discharged. The discharge granted under Section
727 of the Bankruptcy Code discharges the debtor from debts that arose before the date of the order for relief.
Alaska law addresses property fraud primarily through criminal statutes like AS 11.46.180 (Theft by Deception) and AS 11.46.600 (Scheme to Defraud), focusing on obtaining property through false promises or misrepresentation, and civil statutes such as AS 34.55.006 (Fraudulent Practices in Land Sales) and the Uniform Fraudulent Transfer Act (UFTA) within AS 34.40, which deal with fraudulent sales and transfers to creditors.

Violation of The Fifth Amendment and 14th Amendment of the U.S. Constitution, seventh amendment of the United States constitution due process of law.

Marika R. Athens was assisted Attorney general September 14, 2010, See exhibit [1], wow going through physical and mental abuse at home. And eight year custody battle in her own legal family problem. Case 3AN-17-09605Ci Zane, Alysha vs. Potter, Joseph YL October 11, 2017 until November 12, 2024, just the reason why Marika R. Athens, is mentally unstable unable unqualified to provide over cases concerning black children and Black people she is such a coldhearted racist.

Marika R. Athens has worked as a prosecutor, in the Office of Public Advocacy, and as a Magistrate Judge since 2021. Hiding the abuse that she was suffering at home.

Judge Marika R. Athens Is mentally unstable, unfit to sit over any case concerning family.

Judge Marika R. Athens is unable to discharge all the duties of office by reason of mental and physical disability of Hatred racism against Mr. Patterson a Black man and all other Black lives children, for making and filing complaint, against Attorney General office, where Treg Taylor worked in 2018 as deputy Attorney General and Marika R. Athens, as Assistant Attorney General of Alaska Jan. 30, 2021. . exhibit [2],

**judge removed** for racism and bigotry in 2024–2025 is Judge Kathleen Ryan of the Oakland County Probate Court in Michigan. • Racist Slurs: Ryan was recorded calling Black people "lazy" and using the N-word. Stimulated against black lives people.

Judge Marika R. Athens should know that Segregation law ended July 2, 1964, and to ignore Mr. Patterson, as Ms. Patterson, husband and the surviving spouse, is a violation of the due process rights of the 14th amendment of the constitution• Randy Jinks (Alabama): A probate judge removed in 2021/2022 for a pattern of racist and sexist comments, including remarks about George Floyd.

Marika R. Athens is trying to downplay her involvement in making hateful racist prejudice statements against Black kids and people,

when Marika R. Athens worked in the same attorney general office, with Matthias Cocotte, and  Treg Taylor from September 14, 2010 Jan 30, 2021, KTOO

 "The posts said all Black Lives Matter advocates should be in Prison" or worse," that someone who participated in a drag story hour "should be burned to death" and that parents who encourage children who are transgender should be jailed for child abuse. Cicotte is an attorney with the state's torts and workers compensation section. He or she is among the lawyers who represent the Department of corrections. Marika R. Athens, Treg Taylor making such racist damaging statements think she can demand to sit on Mr. Patterson case who is a black man, there's something going on wrong with what in her head she's not credible and honest enough to deal with Black people.

Marika R. Athens mentally disturbed. After going through eight years and two months of child custody hearing. See Case 3AN-17-09605Ci Zane, Alysha vs. Potter, Joseph YL October 11, 2017 until November 12, 2024 And cannot be fair to a black person. She is looking for someone to punish take her hostility out on because Marika R. Athens feel like she been abused as well.

So Marika R. Athens trying to abuse Mr. Patterson. Because of Marika R. Athens psychiatric disability all orders have to be voided and struck from the record.

Since 2021. Marika R. Athens as Magistrate judge dealing with black children, February 6, 2024 After years of making racist, homophobic, and derogatory comments about black lives children, Black people that Appearing before judge Marika R. Athens who has a Judicial-Conduct and Judicial-Disability that interferes with the performance of her judicial duties. Exhibit [3], judge Marika R. Athens could and cannot make a fair decision. In favor of black children or Black people. In Which under Malfeasance, automatically disqualify and make Marika R. Athens unfit for any public office concerning. Black children. AS 39.52.120 (Misuse of Official Position): Prohibits public officers from using their position for personal gain or granting unwarranted benefits. Alaska, the automatic disqualification of a judge (also

known as a peremptory challenge or "papering" a judge) is governed by Alaska Statute § 22.20.022 and Alaska Civil Rule 42(c) (for civil cases) or Alaska Criminal Rule 25(d) (for criminal cases). It is a process that allows a party to disqualify a judge without needing to prove actual bias or prejudice. As you can see from Alaska Court view Page on March 31, 2010 11:AM. William F. Morse a plot and plan to obstruct justice and commit a crime William F. Morse, assigned himself into Mr. Patterson case against Ford Motor Company exhibit, [4], On January 11, 2011, Mr. Patterson file A motion for a change of judge trying to remove William F. Morris from his cases, see exhibit [5], In 2011, Mr. Patterson, filed a complaint with his motion to recuse, judges Morse, Gleeson, McKay, there is a notice of reassignment was signed by William F. Morse, on April 13, 2011, along with the order signed by Peter A. MIchalski, April 12, 2011, exhibit [6],[7],

The Alaska Code of Judicial Conduct was rescinded and readopted by SCO 1322 restrict overzealous judges from badgering pro Se litigan. William F. Morse using the N-word at Mr. Patterson. Judge Marika R. Athens who have made Hateful, racist, threading accusation towards Black children who are too young to defend themselves Marika R. Athens have committed, **Malfeasance in office**. And should be removed immediately.

On September 5, 2012 Mr. Patterson file an Alaska commission on judicial conduct. Complaint Against William F. Morse In case 3AN-08-11817 CI. exhibit [8], follow up with Exhibit [9], affidavit of Cynthia A. Lee, judicial conduct January 15, 2020 exhibit [10], judicial conduct March 16, 2020 exhibit [11], judicial conduct May 22, 2020, exhibit [12],

Ethics complaint signed by Treg R. Taylor attorney general. September 12, 2022. Trying to cover up his involved with making racist homophobic statements against black lives children and adults, out of the Alaska Attorney general's office exhibit [13],

Complaint of Malfeasance in office, against assistance public defender William F. Morse hatred, for Black people, racism, fraud, perjury, conflict of interest, judicial Misconduct, conspiracy, working out of the public defender office as a assistance public defenders from 1981-1990 Complaint of Malfeasance in office, , exhibit[14]. assistance public defenders Michael L. Wolverton, motion to withdraw March 16, 1981, exhibit [15], assistance public defenders Michael L. Wolverton affidavit, March 16, 1981. Exhibit [16], assistance public defenders Michael L. Wolverton motion, for order, Shortening time, April 19, 1982, exhibit, [17], Entry of appearance Linda R. McLean for Vicky L. Boerner November one 1982, exhibit [18], Linda R. McLean Attorney for AppellantTommie opening brief of Appellant, September 15, 1983. Exhibit [19], assistance public defenders William F. Morse enter of appearance, September 15, 1982, exhibit [20], motion, ineffective system of counsel, September 20, 1984 , exhibit [21], William F. Morse, assistant Attorney general 1990-1991. Assistant general council IBEW, 1991-1996, assistant Attorney general 1996-2002, William F Morse superior court judge 2002, working and involved in Tommie Patterson's case that William F. Morse was involved in when William F. Morse was a public defender, November 2008, exhibit[22], Judicial Assignment April 2, 2018, exhibit[23], [today February 28, 2026 exhibit [24],

Office of public Advocacy v. Superior Court, also See case Supreme Court has removed Judge Theresa M. Brennan from the bench in the 53rd district in Livingston County. In re Theresa M. Brennan, Docket No. 157930, Filed June 28, 2019. Marika R. Athens have perpetrated hatred, prejudice and racism against black children, and people throughout her career, Here judge Marika R. Athens is ignoring the 14th amendment due process rights of the constitutional right's of Mr. Patterson in an attempt to help

other judges like William F. Morse, who is the ringleader abusing the N-word about Mr. Patterson who have file hatred, racism, conflict, of interest, judicial incompetence complaints against William F. Morse in the past. Judicial conduct November 27, 2024, exhibit [25], September 2.2025 exhibit [26] November 6,2025 exhibit[27], November 6,2025, exhibit [28], December 10, 2025 exhibit [29], Marika R. Athens have taken over where judge Andrew Guidi flip-flopping back-and-forth refuse to except Mr. Patterson letter of acceptance for appoint as the personal representative throughout this case . Mr. Patterson has been married to his wife for 19 1/2 years , but denied the right to access of her Estate because he is black and his wife adult family is white. Marika R. Athens mental, and physical, condition, hinder judge Marika R. Athens from making any justifiable legal fair decision, In civil case. Because of Marika R. Athens psychotic mental state of mind legal custody Fight from 2017 to 2024 eight years.
In Holloway v. Arkansas, 435 U.S. 475 (1978), the Supreme Court held that automatic reversal was required where a potential conflict of interest is brought to the trial court's attention, but is not investigated, in the situation where one attorney is representing two defendants.

 Mr. Patterson have brought the conflict of interest before the superior court time and time again concerning the law firm of Blake Fulton Quackenbush and Nathan Henshaw, but he but Mr. Patterson have been ignored time and time again bye judge Andrew Guidi and Judge Marika R. Athens.

Judge Marika R. Athens aided lawyer Erin Welden out of the law firm of Blake Fulton Quackenbush Conflict of interest refused to return Mr. Patterson case file original documents. Fail to comply with federal rules of evidence . Fed.R.Civ.P.33(c). Saria v. Massachusetts Mut. Life Ins. Co., 228 F.R.D. 536, 538-39 (S.D.W. Va. 2005) (granting defendant's motion to compel complete verified interrogatory responses and noting that since interrogatory responses may be used at trial they are "nothing short of testimony"). Defendants' counsel's e-mails, therefore, can not satisfy defendants' obligations in responding to plaintiffs' interrogatories

Judicial Misconduct, because Judge Marika R. Athens is unable to discharge all the duties of office by reason of mental and physical disability of Hatred racism against Mr. Patterson a Black man and all other Black people for making and filing complaining against Marika R. Athens, when  she is superior court judge of Alaska June 2025 who now have been trying to help John J. Tiemessen and John R. Dean, William F. Morse, William D. Artus, Nacole M. Jipping, Cover up the cocaine poisoning of Ms. Sheila Cox, After fixing Rebecca Noble, a Co•defendant for Ford Motor Company on the jury, Also fixing a Incest Child Molester Daniel Morgan, on the jury. Rebecca Noble personal letter to William F Morse dated January 12, 2025, exhibit [30], also Not even four days later William Morse made and a order for Rebecca Noble letter on January 16, 2015, exhibit [31],

Review of decisions under paragraph (a)(9).
A judge challenged under subsection (a)(9) is independently required to consider not only actual impartiality, but also the appearance that is likely to flow from participation in the case at issue. Moreover, the need to consider the appearance of impartiality seems implicit in the language of subsection (a)(9), for whenever it is predictable that an unmistakable appearance of bias will arise from a judge's participation in a case, there will be "reason" for concluding that "a fair and impartial decision cannot be given." Perotti v. State, 806 P.2d 325 (Alaska Ct. App. 1991).

Marika R. Athens have personal ties and obligations to Judge William F. Morse who assigned himself into the case as the presiding judge after fixing an all-white jury
trial against Mr. Patterson, for Ford motor company and GEICO general insurance company
that had Ms. Shelia Cox kill after Meeting with Rebecca Noble at the Law office of John

J.Tiemessen John B.Thorsness, John R. Dean, Tuesday, February 17, 2015
Evidentiary hearing, at 8:58:05 AM page 3 of 9 Cross Examination by Patterson (Daniel
- never met him before in mulife (met Thorsness before the trial. Rebecca Noble clearly
said she was with John B. Thorsness before the trial, not after the trial. William F. Morse
is trying to lie for Rebecca Noble here when William F. Morse said, at 9:33:06 AM page exhibit, [32],[33],
7 of 9 COURT:
-I reviewed the transcript of the questioning of Ms. Nobel
-in terms of the statement of never been involved in a lawsuit - lien holder of Fc Company
-statement of juror - not involved - technically false, not perjury
-innocent failure to recollect, for lay person, did not look or feel like a fewsen
-mostly involvement of a vehicle
-no relationship with Ford or Thorsness
-minimal contact of Thorsness and attorneys and jurors after trial is typical - in subpoena
and incidental- salutations in court and hallway
-Noble has nothing to say about re-trial. A judge would have to be drunk on crack a idiot
and a fool to say and pretend that the Municipality of Anchorage v. Rebecca, Noble,
and Ford Motor.
is not a lawsuit. against Rebecca Noble, and Ford Motor. In Case No. 98-5392 CI,
William F. Morse is a sick individual to think and believe that people in their right
mind can't see just what he had did. below This is what the Nice circuit said.
The presence of a bias juror cannot be harmless; the error requires a new trial
without a showing of actual prejudice. See, United States v. Allsup, 566 F.2d
68,71(9 th . Cir.1977). We do not condone any lying by jurors; perjury is perjury.

Juror No. 9 arguably violated Penal Code section 96( juror commits felony if he or
she willfully and corruptly receives information except according to the regular
course of proceedings) and can be criminally prosecuted for his misconduct.
One wonders if juror No.9 would have committed this misconduct if he was told
it could subject him to criminal prosecution.
The court deny William D. Artus motion and close Mr. Patterson bankruptcy.

Respectfully submitted this 3th day of March, 2026

 March /3 /2026
Date

Tommie Patterson

CERTIFICATE OF SERVICE
I certify that on March 3th, 2026, a true
and correct copy of this document was served on

William D. Artus
101 W. 13th ave, Unit 101
Anchorage, Alaska 99501

Erin Welden
807 G Street Suite 100
Anchorage, AK 99591

Tommie Patterson

TOMMIE PATTERSON
6940 STANLEY DRIVE
ANCHORAGE, AK 99518

UNITED STATES DISTRICE COURT
222 W. 7ᵗʰ Ave #4
Anchorage, Alaska 99513



**UNITED STATES POSTAL SERVICE.** | *Retail*

**G** | US POSTAGE PAID
**$8.85** | Origin: 99502
03/03/26
0203300522-22

**USPS GROUND ADVANTAGE®**

0 Lb 13.60 Oz

RDC 01

C095

SHIP
TO:
STOP 4
222 W 7TH AVE
ANCHORAGE AK 99513-7504

USPS TRACKING® #



9500 1131 2613 6062 4733 69

